**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 22, 2023

By ECF

Honorable John P. Cronan
United States District Judge
Southern District of New York

An appointment of counsel hearing is scheduled for November 30, 2023 at 11:00 a.m. in Courtroom 12D of 500 Pearl Street, New York, NY 10007.

SO ORDERED.
Date: November 22, 2023
New York, New York

JOHN P. CRONAN
United States District Judge

Re: **United States v. Juan Efren Paulino, 23 Cr. 501 (JPC)**

Dear Judge Cronan:

I write to respectfully request that the Court relieve Federal Defenders and appoint CJA counsel to represent Juan Efren Paulino. It has emerged that Federal Defenders has a conflict of interest because we represent an alleged coconspirator of Mr. Paulino, who is charged in a separate indictment. The Government consents to this request. I note that this case is next scheduled for a conference on December 6, 2023.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
(212) 417-8792
jonathan_marvinny@fd.org

cc: Maggie Lynaugh, Esq.
    Assistant United States Attorney