UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
          :
UNITED STATES OF AMERICA,          :
          :
   -v-          :
          :      23 Cr. 501 (JPC)
JUAN EFREN PAULINO,          :
          :      <u>ORDER</u>
   Defendant.          :
          :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court has scheduled trial to begin in this case on November 18, 2024.  The Government shall make its expert disclosures pursuant to Rule 16(a)(1)(G) no later than August 30, 2024.  Defendant shall make his expert disclosures pursuant to Rule 16(b)(1)(C) no later than September 27, 2024.  The Government shall provide Defendant with notice of any evidence it seeks to admit at trial under Federal Rule of Evidence 404(b) by September 27, 2024.  By October 11, 2024, the parties shall submit proposed *voir dire* questions, requests to charge, and proposed verdict forms.  Any motions *in limine* also shall be filed by October 11, 2024, with oppositions to those motions due by October 21, 2024.  The Court also directs the parties to Part 7 of its Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and material pursuant to 18 U.S.C. § 3500.  Unless the Court orders otherwise, any exhibit lists, exhibits, and § 3500 material shall be submitted to the Court electronically, and the parties shall not submit hard copies.

      The Court will hold a Final Pretrial Conference on November 13, 2024, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: May 7, 2024
      New York, New York

_____
JOHN P. CRONAN
United States District Judge