UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
:
                    -v-                                                 :
:           S1 23 Cr. 501 (JPC)
JUAN EFREN PAULINO, a/k/a/ "Freddy, JUAN                                :
MOISES PEREZ MENDEZ, a/k/a "Caballero," and                             :           ORDER
EUSEBIO PERALTA BAUTISTA, a/k/a "Luis Collazo                           :
Santos,"                                                                :
:
                    Defendants.                                         :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Pursuant to Federal Rule of Criminal Procedure 10, the Court will hold the arraignment for all three Defendants on the Superseding Indictment, Dkt. 25, on May 9, 2024 at 11:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  Counsel should be prepared to discuss their availability for trial in this matter to commence on November 18, 2024, as currently scheduled for Defendant Juan Efren Paulino.

      SO ORDERED.

Dated: May 7, 2024
       New York, New York
                                                  JOHN P. CRONAN
                                            United States District Judge