

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 13, 2024

**BY E-MAIL**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
New York, New York 10007

    Re:    *United States v. Juan Efren Paulino, et al.*, 23 Cr. 501 (JPC)

Dear Judge Cronan:

    The government writes to request an adjournment of approximately 30 days of the conference presently scheduled for Monday, September 16, 2024.

    If the Court is inclined to grant the request, the Government also requests that the time between today and the new conference date be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the interests of the public and the defendant in a speedy trial, as the proposed exclusion will provide the parties with further opportunity to attempt to reach a pre-trial resolution of this case.

    Defense counsel for each of the defendants consents to both requests.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By: _____
    Maggie Lynaugh
    Assistant United States Attorney
    (212) 637-2448

The request is granted. The conference scheduled for September 16, 2024 is adjourned to October 21, 2024 at 1 p.m. The Court finds that the ends of justice served by granting this extension outweigh the interests of the public and the defendant in a speedy trial, as the extension will allow the parties to discuss a possible resolution of this matter. Thus, the time between September 13, 2024 and October 21, 2024 is excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.
Date: September 14, 2024
New York, New York

JOHN P. CRONAN
United States District Judge